Civil Action No. **2:26-cv-01643-RFB-MDC**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for:   **SHIELD LEGAL, LLC, a Wyoming limited liability company**
**was received by me on  June 8, 2026**

☐  I personally served the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL on the individual at  3064 Silver Sage Dr Ste 150 , Carson City, NV 89701-6099 on   June 10, 2026 2:00 PM

☐  I left the above listed documents at the individual's residence or usual place of abode with   ,a person of suitable age and discretion who resides there, on *(date)*  , and mailed a copy to the individual's last known address; or

☑  I served the above listed documents to  **Marianne Tom - AGENT COORDINATOR FOR GKL REGISTERED AGENTS OF NV, INC.** , who is designated by law to accept service of process on behalf of **SHIELD LEGAL, LLC, a Wyoming limited liability company**  on   **June 10, 2026  2:00 PM**

☐  I returned the above listed documents unexecuted because;

☐  other  *(specify):*

*My fees are $ .00 for travel and $ 69.45 for services, for a total of $ 69.45*

*I declare under penalty of perjury that this information is true.*

*Date:  June 10, 2026*

_____
*Server's signature*

**Daniel LaMotte**
_____
*Printed name and title*

**Contracted by Asap Legal**
**901 W Civic Center Drive, Ste 190**
**Santa Ana, CA 92703**
**(714) 543-5100**
_____
*Server's Address*

Civil Action No. **2:26-cv-01643-RFB-MDC**

A0440-OC31123537A