**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Amira Failey,<br>Plaintiff,<br>v.<br>Tort Intake Professionals, LLC, et al,<br>Defendants. | Case No. 2:26-cv-01643-RFB-MDC<br>**Order** |

The Court ordered the parties to exchange initial settlement proposals and to then file a notice as to whether proceeding with the scheduled early neutral evaluation (ENE) session would be futile. Docket No. 10. The parties have now filed a notice representing that they had engaged in "a good faith settlement discussion" and agree that an ENE would be futile at this time. Docket No. 13 at 1.

Accordingly, the early neutral evaluation is **VACATED**. The Clerk's Office is **INSTRUCTED** to remove the ENE flag from this case and remove the undersigned from the docket as the settlement judge.

IT IS SO ORDERED.

Dated: October 27, 2026

Nancy J. Koppe
United States Magistrate Judge